NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3297

PATRICIA SCHOEMAN,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent,

and

OFFICE OF PERSONNEL MANAGEMENT,

Intervenor.

Petition for review of the Merit Systems Protection Board in AT0831090378-I-1.

ON MOTION

ORDER

The Office of Personnel Management moves for a 22-day extension of time, until April 6, 2010, to file its brief. Schoeman and Merit Systems Protection Board consent.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion is granted. No further extensions should be anticipated.

(2)     The petitioner's reply brief is due within 14 days of service of OPM's brief.

FOR THE COURT

MAR 1 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     David U. Fierst, Esq.
        Stephanie Conley, Esq.
        Jane W. Vanneman, Esq.
s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 6 2010

JAN HORBALY
CLERK